No. 216. UNITED STATES *v.* ELMHIRST, EXECUTRIX. October 13, 1930. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Thacher* for the United States. *Messrs. Swagar Sherley, Frederick DeC. Faust,* and *Charles F. Wilson* for respondent.

No. 221. PICKFORD ET AL. *v.* JACKSON, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioners. No appearance for respondent.

No. 222. KAUFMAN ET AL. *v.* JACKSON, RECEIVER. October 13, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Lawrence Koenigsberger* for petitioners. No appearance for respondent.

No. 223. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* FIRST TRUST & SAVINGS BANK. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Sewall Key, A. H. Conner, Clarence M. Charest,* and *Allin H. Pierce* for petitioner. *Mr. W. S. Hammers* for respondent.

No. 224. HIGMAN TOWING Co. *v.* THE SOUTHSEAS ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Brantly Harris* and *John David Watkins* for peti-

852

tioner. No appearance for respondents.

No. 225. HIND v. CLARK, COLLECTOR OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. C. R. Dewey* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch,* and *W. Marvin Smith* for respondent.

No. 226. FRISCHER & Co., INC., ET AL. v. TARIFF COMMISSION ET AL. October 13, 1930. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Meyer Kraushaar* for petitioners. *Mr. Albert MacC. Barnes, Jr.,* for respondents.

No. 227. FRIEDRICHSEN v. GUARANTY TRUST Co., TRUSTEE, ET AL.; and

No. 228. SAME v. SAME. October 13, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. C. Mathes* for petitioner. *Messrs. Edwin S. S. Sunderland, Montgomery B. Angell,* and *Thomas O'G. FitzGibbon* for respondents. Reported below: 39 F. (2d) 859.

No. 229. GAMAGE ET AL. v. MASONIC CEMETERY ASSN. ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Aaron M. Sargent, Peter tum Suden,* and *Sidney M. Van Wyck, Jr.,* for petitioners. *Mr. Edward I. Barry* for respondents.